UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KELLY TOLBERT,<br><br>        Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>        Defendant. | CASE NO.   C05-5245JKA<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND OTHER EXPENSES UNDER THE EQUAL ACCESS TO JUSTICE ACT |

    This matter comes before the court on plaintiff's stipulated motion for attorney's fees and other expenses under the Equal Access to Justice Act. Defendant does not oppose the request for fees and costs.

    Accordingly, the motion is **GRANTED**. Plaintiff shall be awarded attorneys fees, costs, and expenses in the total amount of $5,100.48. The clerk is directed to send copies of this Order to counsel of record, and enter judgment in favor of plaintiff.

    DATED this 20th day of January, 2006.

                               */s/ J. Kelley Arnold*
                               J. Kelley Arnold
                               U.S. Magistrate Judge