# United States District Court

WESTERN DISTRICT OF WASHINGTON

CATHERINE BLOOMBERG,

                    Plaintiff,

        v.

JO ANNE B BARNHART,
Commissioner of Social Security,

                  Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:  C05-5285JKA

___      **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

√      **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Court GRANTS Plaintiff's Motion for Attorneys Fees, Costs and Expenses in the total amount of $4,323.26.

March 7, 2006
Date

BRUCE RIFKIN
District Court Executive


s/Kelly A Miller
By Kelly A Miller, Deputy Clerk